FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 8 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs ) | 2:12-MJ-098-CWH |
| RYAN JAMES LAGROW ) | |
| Defendant, ) | |

**ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, the Federal Public Defender was appointed as counsel for the above-named defendant on May 8, 2012.

Based upon a review of the defendant's financial affidavit and other relevant inquiry, the Court now finds that the defendant possesses financial resources sufficient to bear some or all of the cost of his or her CJA/FPD representation, i.e., funds are available from or on behalf of the defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

1    IT IS ORDERED that the defendant shall reimburse the Treasury
2  of the United States for the cost of his representation at the rate
3  of **$200.00 per month**, payable to the **Clerk of the Court** for deposit
4  in the Treasury, as follows: the defendant's **first payment shall**
5  **be due on June 1, 2012**, and on the first of each month thereafter
6  until the case has been concluded.  The total amount of reimburse-
7  ment shall be determined by the Court at the conclusion of this
8  case.
9    Dated this 8TH day of MAY, 2012.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
                              CARL W. HOFFMAN, Jr
```

- 2 -